UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PULIDO-PEREDO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company, QUAD GRAPHICS, INC., a Wisconsin corporation, 74 QG PRINTING LLC, an unknown entity, and DOES 1-100,<br><br>Defendants. | No. 2:24-cv-01505 AC<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

This case is before the undersigned for all purposes pursuant to the parties' consent. ECF No. 6. The parties were before the court for a status conference on August 14, 2024. Having considered the information exchanged at the conference and the parties' joint status report (ECF No. 9), the court enters the following scheduling order:

**SERVICE OF PROCESS**

Defendants QG Printing II, LLC and Quad Graphics have been served and have answered the Complaint. The parties are discussing the dismissal of "74 QG Printing LLC" as a named defendant. The parties shall either serve or dismiss 74 QG Printing LLC no later than September 11, 2024.

**JOINDER OF PARTIES/AMENDMENTS**

The parties do not anticipate joinder of additional parties. ECF No. 9 at 3. No joinder will be permitted without leave of court.

With respect to amendment of the pleadings, the parties are in the process of discussing the potential impact of the recent settlement of Sims v. QG Printing II, LLC, Case No. 5:20-cv-01632-DMG-DTB filed in the United States District Court, Central District of California ("Sims"). ECF No. 9 at 4. At the parties' request, the court sets a deadline of October 31, 2024 for plaintiff to file a motion to amend the pleadings. Id.

**JURISDICTION/VENUE**

Defendants removed the case to this court on May 28, 2024, based on the Class Action Fairness Act of 2005 ("CAFA"), on the grounds that it is a class action with a proposed class of over 100 members, and the amount in controversy exceed $5,000,000, exclusive of interest and costs. Plaintiff does not dispute jurisdiction. Venue is undisputed and found to be proper.

**CLASS CERTIFICATION**

As the matter is filed as putative class action, Plaintiff anticipates filing a Motion for Class Certification. The class certification motion filing deadline is June 27, 2025. The court adopts the parties' proposed briefing schedule: defendants' opposition will be due by August 29, 2025; plaintiff's reply will be due by September 30, 2025; and the hearing on this motion shall be on Wednesday, October 19, 2025.

**DISCOVERY**

Initial disclosures have not yet been exchanged and are due on or before November 30, 2024.

All discovery shall be completed by November 19, 2025. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard not later than October 19, 2025. These deadlines apply both to fact discovery and

to discovery directed to Rule 23 issues. As to fact discovery, these deadlines are set without prejudice to a motion to extend or reopen discovery following resolution of the anticipated class certification motion.

The parties are reminded to review the "Standing Orders" posted on Judge Claire's webpage (http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-allison-claire-ac/). The undersigned encourages early resolution of discovery disputes outside the formal Local Rule 251 procedures, when appropriate. Upon order of the court, or by agreement of the parties, Judge Claire will resolve minor or discrete discovery disputes by conducting an informal telephonic conference. Additional information is available on the court's website linked above.

**OTHER DEADLINES**

A further scheduling conference will be set upon resolution of the anticipated motion for class certification. At that time the court will entertain any request for further discovery, and will set deadlines for expert disclosures and dispositive motions. Dates for a final pretrial conference and for trial will also be set at that time.

**SUMMARY OF ORDER**

THE COURT SUMMARIZES THE SCHEDULING ORDER AS FOLLOWS:

1. The parties shall either serve or dismiss 74 QG Printing LLC no later than September 11, 2024.
2. Any motion to amend pleadings is due no later than October 31, 2024.
3. Initial disclosures shall be exchanged no later than November 30, 2024.
4. Plaintiff's motion for class certification shall be filed no later than June 27, 2025. The court adopts the parties' proposed briefing schedule: defendants' opposition will be due by August 29, 2025; plaintiff's reply will be due by September 30, 2025; and the hearing on this motion shall be on Wednesday, October 19, 2025.
5. Discovery shall be completed by November 19, 2025. This deadline may be extended by the court upon a showing of good cause, following resolution of the anticipated motion for class certification.

6. All remaining dates and deadlines will be set following a determination of class certification.

7. Failure to comply with the terms of this order may result in the imposition of monetary and all other sanctions within the power of the court, including dismissal or an order of judgment.

IT IS SO ORDERED.

DATED: August 14, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE