**BOYAMIAN LAW, INC.**
MICHAEL H. BOYAMIAN, SBN 256107
ALFRED MOVSESYAN, SBN 278560
550 North Brand Boulevard, Suite 1500
Glendale, California 91203
T: (818) 547-5300 | F: (818) 547-5678
E-mail(s):   michael@boyamianlaw.com,
             alfred@boyamianlaw.com

Orlando Villalba (SBN 232165)
Orlando.Villalba@capstonelawyers.com
Helga Hakimi (SBN 257381)
Helga.Hakimi@capstonelawyers.com
Joseph D. Parsons (SBN 340074)
Joey.Parsons@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff JOSE PULIDO-PEREDO,
individually and on behalf of all others similarly situated.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE PULIDO-PEREDO, individually, and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>  vs.<br><br>QG PRINTING II, LLC, a Connecticut limited liability company, QUAD GRAPHICS, INC., a Wisconsin corporation, 74 QG PRINTING LLC, an unknown entity, and DOES 1-100,<br><br>                  Defendants. | CASE NO.: No. 2:24-cv-01505 AC<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Allison McClaire |

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Stipulation for Plaintiff to File an Amended Complaint, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1.  Plaintiff is granted leave to file the First Amended Complaint attached as Exhibit "1' to the Parties' Stipulation.

**IT IS SO ORDERED**.

Dated:   October 31, 2024

*[signature: allison clarie]*

HON. ALLISON MCCLAIRE
United States District Court Judge