GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
BENJAMIN SANCHEZ, Bar No. 313871
bsanchez@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendants
QG PRINTING II, LLC and QUAD GRAPHICS, INC.


MICHAEL H. BOYAMIAN, Bar No. 256107
Michael@boyamianlaw.com
ALFRED MOVSESYAN, Bar No. 278560
Alfred@boyamianlaw.com
BOYAMIAN LAW, INC.
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
Telephone:   818.547.5300
Facsimile:    818.547.5678

Attorneys for Plaintiff
JOSE PULIDO-PEREDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PULIDO-PEREDO, as an individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> QG PRINTING II LLC, a Connecticut limited liability company, QUAD GRAPHICS, INC., a Wisconsin corporation, 74 QG PRINTING II LLC, an unknown entity, and DOES 1-100, <br><br> Defendants. | Case No.  2:24-cv-01505-AC <br><br> *[Removed From Sacramento County Superior Court Case No. 24CV007904]* <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PUTATIVE CLASS ACTION PENDING MEDIATION** <br><br> Complaint Filed: April 22, 2024 <br> FAC Date: November 4, 2024 <br> Trial Date: Not Yet Set |

LITTLER MENDELSON, P.C.
1255 Treat Blvd.
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No.  2:24-cv-01505-AC

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PUTATIVE CLASS ACTION PENDING MEDIATION

ORLANDO VILLALBA, Bar No. 232165
Orlando.Villalba@capstonelawyers.com
HELGA HAKIMI, Bar No. 257381
Helga.Hakimi@capstonelawyers.com
JOSEPH D. PARSONS, Bar No. 340074
Joey.Parsons@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone:  310.556.4811
Facsimile:  310.943.0396

Attorneys for Plaintiff
JOSE PULIDO-PEREDO

LITTLER MENDELSON, P.C.
1255 Treat Blvd.
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No.  2:24-cv-01505-AC

2.

JOINT STIPULATION AND ORDER TO STAY
PUTATIVE CLASS ACTION PENDING MEDIATION

Plaintiff JOSE PULIDO-PEREDO ("Plaintiff") and Defendants QG PRINTING II LLC and QUAD GRAPHICS, INC. ("Defendants") (collectively hereinafter the "Parties"), by and through their respective counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, on April 22, 2024, Plaintiff filed a putative class action Complaint against Defendants in Sacramento County Superior Court, alleging various wage and hour violations and alleged derivative claims under the Unfair Competition Law (the "Class Action Complaint").

WHEREAS, on May 24, 2024, Defendants filed their Answer to the Class Action Complaint.

WHEREAS, on May 28, 2024, Defendants removed the Class Action Complaint to this Court based on the Class Action Fairness Act of 2005 ("CAFA"), on the grounds that it is a purported class action with a proposed class of over 100 members, and the amount in controversy alleged exceeds $5,000,000, exclusive of interest and costs. Plaintiff did not oppose the removal thereby consenting to the jurisdiction of this Court.

WHEREAS, on August 15, 2024, this Court issued a pre-trial scheduling order setting Plaintiff's deadline to file his motion for class certification by June 27, 2025, and for the Parties to complete discovery by November 19, 2025.

WHEREAS, on August 21, 2024, Plaintiff filed a representative action under the Private Attorneys General Act against Defendants in the Sacramento County Superior Court, Case No. 24CV016551, alleging the same underlying wage and hour violations (the "PAGA Complaint").

WHEREAS, on September 11, 2024, Plaintiff voluntarily dismissed Defendant "74 QG Printing LLC" as a named defendant in the Class Action Complaint without prejudice.

WHEREAS, on November 4, 2024, in light of the settlement reached in *Sims v. QG Printing II, LLC,* Case No. 5:20-cv-01632-DMG-DTB filed in the United States District Court, Central District of California ("*Sims*"), and the overlap it had with the Class Action Complaint, Plaintiff filed a First Amended Complaint ("FAC") to the Class Action Complaint in which he withdrew his claim for inaccurate wage statements and narrowed the scope of the putative class to non-exempt employees who worked at Defendants' West Sacramento facility - the same facility where Plaintiff

LITTLER MENDELSON, P.C.
1255 Treat Blvd.
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No. 2:24-cv-01505-AC    3.    JOINT STIPULATION AND ORDER TO STAY PUTATIVE CLASS ACTION PENDING MEDIATION

worked – and was not part of the *Sims* settlement.

WHEREAS, on November 26, 2024, Defendant filed a formal notice of related cases informing the court that the claims raised in the Class Action Complaint may overlap, in whole or in part, with the claims raised in the PAGA Action, the *Sims* matter, and *Clark et al. v. QG Printing LLC*, Eastern District of California Case No. 1:118-cv-00899-ADA-EPG.

WHEREAS, in the interest of efficiency and economy, the Parties have agreed to participate in private mediation to seek a resolution of Plaintiff's claims, which is currently scheduled for November 19, 2025, based upon the availability of the mediator and the Parties.

WHEREAS, to prepare for mediation, the Parties have agreed to stay formal discovery with the following limitations: (1) Plaintiff agrees to an informal production of documents prior to his deposition; (2) Defendants agree to stay Plaintiff's formal responses to written discovery; (3) Defendants will take Plaintiff's deposition prior to the mediation and prior to disclosure of anonymized pay and time data needed to prepare for mediation; (4) Defendants agree to disclose anonymized pay and time data of individuals that did not sign a severance agreement during the Class Period, after Plaintiff's deposition takes place but before mediation; (5) Defendants agree to produce a witness under the Federal Rules of Civil Procedure rule 30(b)(6), after Plaintiff's deposition takes place, should Plaintiff feel it is necessary for assessing the value of the case at mediation.

WHEREAS, in light of the closure of the Defendants' West Sacramento facility, and the severance agreements signed by putative class members during the Class Period, the Parties agree that the scope of putative class includes only those individuals that meet the definition of the class as stated in the FAC and who did not sign a severance agreement.

WHEREAS, in light of the Parties' agreement to participate in private mediation of this action, the Parties agree that a stay of this action through completion of mediation would conserve judicial resources and would enable the Parties to devote their resources to preparing for the mediation.

WHEREAS, the Parties have agreed, subject to the Court's approval, to stay this action and vacate all case deadlines, including but not limited to the discovery cutoff date, and the briefing

Case No. 2:24-cv-01505-AC  4.  JOINT STIPULATION AND ORDER TO STAY PUTATIVE CLASS ACTION PENDING MEDIATION

schedule and hearing date for Plaintiff's motion for class certification.

WHEREAS, consistent with this joint stipulation, the Parties will seek a stay of the related PAGA Action pending completion of mediation in the Sacramento County Superior Court.

WHEREAS, this is the Parties' first request for a stay in this matter.

WHEREAS, no prejudice will occur to either party if the Court grants this request in this joint stipulation.

NOW, THEREFORE, the Parties HEREBY JOINTLY STIPULATE and request that the Court enter an order as follows:

1. The action is stayed through November 19, 2025.
2. All case deadlines, including the discovery cutoff date, and the briefing schedule and hearing date for Plaintiff's motion for class certification, shall be vacated until further notice.

Dated: March 24, 2025

/s/ BENJAMIN SANCHEZ
GREGORY G. ISKANDER
BENJAMIN SANCHEZ
LITTLER MENDELSON, P.C.
Attorneys for Defendants
QG PRINTING II, LLC and QUAD GRAPHICS, INC.

Dated: March 24, 2025

/s/ MICHAEL H. BOYAMIAN
MICHAEL H. BOYAMIAN
ORLANDO VILLALBA
Attorneys for Plaintiff
JOSE PULIDO-PEREDO

LITTLER MENDELSON, P.C.
1255 Treat Blvd.
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No. 2:24-cv-01505-AC    5.    JOINT STIPULATION AND ORDER TO STAY PUTATIVE CLASS ACTION PENDING MEDIATION

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation to Stay, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The action is stayed through November 19, 2025.

2. All case deadlines, including the discovery cut off date, and the briefing schedule and hearing date for Plaintiff's motion for class certification, shall be vacated until further notice.

3. Within fourteen (14) days of the Parties' completion of mediation, the Parties shall file a joint report informing the Court as to the status of this matter.

**IT IS SO ORDERED.**

DATED:  March 25, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
1255 Treat Blvd.
Suite 600
Walnut Creek, CA 94597
925.932.2468

Case No. 2:24-cv-01505-AC     6.     JOINT STIPULATION AND ORDER TO STAY PUTATIVE CLASS ACTION PENDING MEDIATION