GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
BENJAMIN SANCHEZ, Bar No. 313871
bsanchez@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendants
QG PRINTING II, LLC and QUAD GRAPHICS, INC.


MICHAEL H. BOYAMIAN, Bar No. 256107
Michael@boyamianlaw.com
ALFRED MOVSESYAN, Bar No. 278560
Alfred@boyamianlaw.com
BOYAMIAN LAW, INC.
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
Telephone:   818.547.5300
Facsimile:    818.547.5678

Attorneys for Plaintiff
JOSE PULIDO-PEREDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PULIDO-PEREDO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QG PRINTING II LLC, a Connecticut limited liability company, QUAD GRAPHICS, INC., a Wisconsin corporation, and DOES 1-100,<br><br>Defendants. | Case No.  2:24-cv-01505-AC<br><br>*[Removed From Sacramento County Superior Court Case No. 24CV007904]*<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PUTATIVE CLASS ACTION PENDING MEDIATION**<br><br>Complaint Filed: April 22, 2024<br>FAC Date: November 4, 2024<br>Trial Date: Not Yet Set |

1  ORLANDO VILLALBA, Bar No. 232165
   Orlando.Villalba@capstonelawyers.com
2  HELGA HAKIMI, Bar No. 257381
   Helga.Hakimi@capstonelawyers.com
3  JOSEPH D. PARSONS, Bar No. 340074
   Joey.Parsons@capstonelawyers.com
4  CAPSTONE LAW APC
   1875 Century Park East, Suite 1000
5  Los Angeles, CA 90067
   Telephone:   310.556.4811
6  Facsimile:   310.943.0396

7

   Attorneys for Plaintiff
8  JOSE PULIDO-PEREDO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff JOSE PULIDO-PEREDO ("Plaintiff") and Defendants QG PRINTING II LLC and QUAD GRAPHICS, INC. ("Defendants") (collectively hereinafter the "Parties"), by and through their respective counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, on March 25, 2025, this Court granted the Parties' Joint Stipulation to Stay the Action through November 19, 2025, pending completion of mediation [ECF 21].

WHEREAS, as a result of Plaintiff's counsel's leave of absence due to a serious health condition, and to allow the Parties sufficient time to adequately prepare for mediation as previously agreed to and stipulated [ECF 20], the Parties agreed to reschedule mediation from November 19, 2025, to June 16, 2026.

WHEREAS, the Parties have agreed, subject to the Court's approval, to stay this action and vacate all case deadlines, pending completion of mediation.

WHEREAS, consistent with this joint stipulation, the Parties will seek a stay of the related PAGA Action filed against Defendants, entitled *Jose Pulido-Peredo v. QG Printing II, LLC, et al,* Sacramento County Superior Court Case No. 24CV016551.

WHEREAS, no prejudice will occur to either party if the Court grants the request in this joint stipulation.

NOW, THEREFORE, the Parties HEREBY JOINTLY STIPULATE and request that the Court enter an order as follows:

1. The action is stayed through July 16, 2026.
2. All case deadlines shall be vacated until further notice.

Dated: December 4, 2025

                                              /s/ Benjamin Sanchez
GREGORY G. ISKANDER
BENJAMIN SANCHEZ
LITTLER MENDELSON, P.C.
Attorneys for Defendants
QG PRINTING II, LLC and QUAD GRAPHICS, INC.

Dated: December 4, 2025

        */s/ Michael H. Boyamian*
        MICHAEL H. BOYAMIAN
        ORLANDO VILLALBA
        Attorneys for Plaintiff
        JOSE PULIDO-PEREDO

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation to Stay, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The action is stayed through July 16, 2025.
2. All case deadlines shall be vacated until further notice.
3. Within fourteen (14) days of the Parties' completion of mediation, the Parties shall file a joint report informing the Court as to the status of this matter.

**IT IS SO ORDERED.**

DATED: December 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE